1 **DOUGLAS PHUNG, LLP**　　　　　　　　　　　　　　　JS-6
Gregory A. Douglas, Esq. SBN 147166
2 Angie V. Phung, Esq. SBN 238949
65 Pine Avenue, #311
3 Long Beach, California  90802
Tel.:  (562) 252-8800
4 Fax:  (562) 252-8801

5

6 Attorneys for PLAINTIFF(s)
7 MICHAEL MCDONALD

8
## UNITED STATES DISTRICT COURT
9
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  MICHAEL MCDONALD, an individual, | **Case No. CV 12-08066 RGK (CWx)** |
| 12 | |
| 13            PLAINTIFF, | **~~STIPULATION AND~~ ~~[PROPOSED]~~ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| 14  vs. | |
| 15 | |
| 16  VEOLIA ES TECHNICAL SOLUTIONS, LLC, a Limited Liability Company; VEOLIA ES TECHNICAL SERVICES, INC., a Corporation; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22            Defendant(s). | |

23
24
25
26
27
28

## ORDER AND DISMISSAL WITH PREJUDICE

GOOD CAUSE APPEARING, the Stipulation of the parties as set forth above is approved and is adopted as an Order of the Court.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Date: January 03, 2013

*[Signature: Gary Klausner]*

THE HONORABLE R. GARY KLAUSNER
UNITED STATE DISTRICT COURT JUDGE